IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE APPLICATION OF EDWARD D. FAGAN Pursuant to 28 U.S.C. § 1782 for Judicial Assistance in Obtaining Evidence from J.P. MORGAN CHASE BANK a/k/a Chase Bank and CITIBANK N.A. and JOHNBULL EJOVI (J.P. Morgan Chase Bank a/k/a Chase Bank Account Holder), and CTS GLOBAL SUPPLY CHAIN SOLUTIONS (Citibank Account Holder) for Use in a Foreign Tribunal and Proceeding, | § § § § § § § § § § § | CASE NO. SA-19-MC-111-FB |

## ADVISORY CONCERNING MAGISTRATE JUDGE ASSIGNMENT AND ORDER REFERRING CASE TO UNITED STATES MAGISTRATE JUDGE ELIZABETH S. CHESTNEY FOR ALL MATTERS

At the request of the Bar, the San Antonio District Judges have implemented a procedure whereby a Magistrate Judge is assigned to each civil case at the time it is filed. The assignments are made randomly and are evenly divided among the three San Antonio Magistrate Judges. If a matter is referred by the District Judge, it will be handled by the Magistrate Judge to whom the case was assigned. The Magistrate Judge assigned to this case is the Honorable Elizabeth S. Chestney.

The Court has considered the status of the above-styled and numbered cause. In accordance with the authority vested in the United States Magistrate Judge pursuant to 28 U.S.C. § 636(b) and the Local Rules For Assignment Of Duties To United States Magistrate Judges, Rule 1(j)(12), the instant action is hereby REFERRED to United States Magistrate Judge Elizabeth S. Chestney for review, supervision, and/or disposition of all matters.

The Magistrate Judge shall rule on the referred application motion, pursuant to 28 U.S.C. § 636(b)(1)(A). Where the Magistrate Judge's authority to make rulings is limited by statute, a recommendation to this Court shall be made in lieu of an order, pursuant to 28 U.S.C. § 636(b)(1)(B)

and (C); unless all parties consent that the Magistrate Judge may rule on such otherwise exempt matters, pursuant to 28 U.S.C. § 636(c)(1).

## OBJECTIONS AND APPEALS

Appeals from the Magistrate Judge's orders and objections to the Magistrate Judge's recommendations shall be made in compliance with 28 U.S.C. § 636(b)(1), FED. R. CIV. P. 72, and Rule 4 of Appendix C to the Local Court Rules of the United States District Court for the Western District of Texas. Such objections and appeals shall be limited to issues first raised before the Magistrate Judge; failure to bring any defect in any order or recommendation to the attention of the Magistrate Judge prior to raising the issue before this Court shall be deemed a waiver of issue.

It is so ORDERED.

SIGNED this 12th day of February, 2019.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE