Edward D. Fagan, Pro Se
590 NE Wavecrest Way
Boca Raton, FL 33432
Tel. (561) 757-5432
Email: faganinternational@gmail.com
    Applicant Pro Se

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
CASE # SA19-mc-0111-FB

In Re:

Application of EDWARD D. FAGAN
pursuant to 28 U.S.C. § 1782 for Judicial Assistance in
obtaining evidence from J.P. MORGAN CHASE BANK
a/k/a CHASE BANK and CITIBANK N.A.,
and JOHNBULL EJOVI (J.P. Morgan Chase Bank
    a/k/a Chase Bank Account Holder)
And CTS GLOBAL SUPPLY CHAIN SOLUTIONS
    (Citibank Account Holder)
for use in a Foreign Tribunal and Proceeding

## SUPPLEMENTAL DECLARATION OF APPLICANT EDWARD D. FAGAN IN SUPPORT OF APPLICATION FOR JUDICIAL ASSISTANCE PURSUANT TO 28 U.S.C. § 1782 TO AID IN FOREIGN PROCEEDING

EDWARD D. FAGAN (hereinafter "Applicant"), acting as a pro se Applicant, hereby makes the following supplemental declaration in support of the pending application for limited judicial assistance pursuant to 28 U.S.C. § 1782 and respectfully shows the Court the following:

1. I make the statements in this Supplemental Declaration under penalty of perjury and declare that they are true and correct.

2. I make the statements in this Supplemental Declaration under penalty of perjury and declare that they are true and correct.

3. As a follow up to the statements in my February 6, 2019 Application, I wish to

In Re: Application of Edward Fagan against pursuant to 28 U.S.C. § 1782 for Judicial Assistance in obtaining evidence from (i) Witness Banks J.P. Morgan Chase Bank a/k/a Chase Bank and Citibank NA and (ii) Witness Account Holders Johnbull Ejovi and CTS Global Supply Chain Solution for use in a Foreign Tribunal and Proceeding

Page 1

provide the Court with the following short update on the status of the currently pending and ongoing criminal investigation(s) in the Republic of South Africa (SAPS # 3471/1/2019)

4. I have just been informed that the investigation has now been re-assigned / taken up by the South Africa Police Services "HAWKS - Directorate for Priority Crime Investigation" (SAPS - DCPI). The Directorate for Priority Crime Investigation is now responsible for the combating, investigation and prevention of national priority crimes such as serious organized crime, serious commercial crime and serious corruption in terms of Section 17B and 17D of the South African Police Service Act, 1995 as amended. See https://www.saps.gov.za/dpci/index.php

5. I have been requested to come to the SAPS-DCPI Head Office located at Anti-Corruption Desk, A5 Promat Building, 1 Cresswell Road, Silverton, Pretoria to meet with Inspector Capt. Chiloane who has been assigned to take over the case.

6. SAPS=DCP Capt. Chiloane has requested that I make another more detailed statement so SAPS – DCPI so it can expand the investigation to include the South African Ministry of Justice (http://www.dirco.gov.za/contact.htm) and South African Bureau for Interpol (http://www.dirco.gov.za/contact.htm). I was told that SAPS – DCPI intends to include investigators from the South African Ministry of Justice and South African Interpol who will initiate further investigations and prosecutions into this money laundering and wire fraud scheme that is being run in part out of South Africa, which is international in scope and which has included things that occurred in

this District.

7. I am traveling to South Africa in the next two weeks and I will provide the Court with a further update on the status of the investigation and information about what the South African investigators believe will help them and which can be secured from the applications for judicial relief pursuant to 28 USC 1782 from Witness Banks and the Witness Account holders to assist in the South African Police, Department of Justice and Bureau for Interpol's investigations and eventual prosecutions.

8. I continue to pray that the Court grant the application in its entirety.

9. I declare, certify, verify and state, pursuant to 28 U.S. Code § 1746, under penalty of perjury that the foregoing is true and correct.

Dated: February 14, 2019               /s/ Edward D. Fagan

Edward D. Fagan, Pro Se
590 NE Wavecrest Way
Boca Raton, FL. 33432
Tel. (561) 757-5432
Email: faganinternational@gmail.com
Applicant Pro Se

Fagan
540 NE Wavecrest Way
Boca Raton, FL 33432

SCREENED BY CSO
FEB 19 2019

RECEIVED
FEB 19 2019
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY CLERK

Clerk, US District Court
US District Courthouse
655 E Cesar E Chavez Blvd - 655
San Antonio, TX 78206

78206-110675