IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| EDWARD D. FAGAN, | § § § | |
| *Plaintiff,* | § § | SA-19-MC-00111-FB |
| vs. | § § § | |
| J.P. MORGAN CHASE BANK, CITIBANK N.A., JOHNBULL EJOVI, J.P. MORGAN CHASE BANK A/K/A CHASE BANK ACCOUNT HOLDER; AND CTS GLOBAL SUPPLY CHAIN SOLUTIONS, CITIBANK ACCOUNT HOLDER; | § § § § § § § § | |
| *Defendants.* | | |

## ORDER RETURNING CASE TO DISTRICT COURT

On this day, the undersigned issued a Report and Recommendation recommending the Court deny Petitioner Edward D. Fagan's Ex Parte Application for Judicial Assistance Pursuant to 28 U.S.C. § 1782 to Aid in Foreign Proceeding, which would resolve this case. Accordingly, all matters referred to the Magistrate Judge have been considered and acted upon.

**IT IS THEREFORE ORDERED** that the above-entitled and numbered case is **RETURNED** to the District Court for all purposes.

**IT IS SO ORDERED.**

SIGNED this 28th day of February, 2019.

ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE