# EXHIBIT   1

CERTIFIED MAIL

7012 2920 0001 7999 8873

CLERK, U. S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
JOHN H. WOOD JR., U. S. COURTHOUSE
655 E. DURANGO BOULEVARD
SAN ANTONIO, TEXAS 78206-1106

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

Edward D. Fagan
590 NE Wavecrest Way
Boca Raton, FL 33432

33432-422650

# EXHIBIT 2

 Gmail

**Edward Fagan <faganinternational@gmail.com>**

# Case # SA19-mc-0111-FB

**Bradford, Krista C. (NO) (FBI)** <kcbradford@fbi.gov>
To: "faganinternational@gmail.com" <faganinternational@gmail.com>

Sun, Feb 24, 2019 at 2:43 PM

Mr. Fagan,

I am a Special Agent with the FBI in New Orleans. I would like to speak with you about the case you have filed in the Western District of Texas, involving Johnbull Ejovi. Please call me at your convenience at (504) 352-4519.

Thank you,

SA Krista Bradford

# EXHIBIT  3

 **Gmail**

Edward Fagan <faganinternational@gmail.com>

## 419 Scam Case Statement

**GP:DPCI CCU - Capt Chiloane** <ChiloaneEric@saps.gov.za>
To: "faganinternational@gmail.com" <faganinternational@gmail.com>

Fri, Mar 1, 2019 at 4:40 AM

To whom it may concern

It would be helpful if you could stay to work with our investigators through until Tuesday May 5th

We want to include our colleagues at the Cyber Crime Unit (419 Scam) and Interpol and perhaps the US Authorities since this matter involves transfers of US currencies

We will appreciate the evidence that you are trying to secure from your applications to the United States Courts and witnesses in the United States to help us in our Investigation and future prosecution of the Individuals/entities who are responsible for the crimes against you your partners

Regards

**Captain CHILOANE E**

**SERIOUS COMMERCIAL CRIME INVESTIGATION : DPCI Gauteng**

**Cell: 071 481 3402**

**Email Internal: GP:DPCI CCU - Capt Chiloane**

**Email External:** ChiloaneEric@saps.org.za

